AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baverman, Alan J. | Northern District of Georgia | 10/04/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, full time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

1885 US Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Power of Attorney/Trustee | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/04/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Self-employed real estate broker-agent and managing real estate broker (Keller Williams) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Flagstar Bank | Mortgage on Rental Property # 2 | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  SCHWAB SEP IRA 665 | | | | | | | | | |
| 2.  -Deposit Account | A | Interest | K | T | | | | | |
| 3.  -Israel ST $BD 7TH JU | A | Interest | K | T | | | | | |
| 4.  SCHWAB CONTR IRA 049 | | | | | | | | | |
| 5.  -Dreyfus Funds Standish GL Fixed Inc | A | Dividend | K | T | | | | | |
| 6.  -FirstBank P R Santruce CD (11/17) | A | Interest | | | Matured | 11/30/17 | K | A | |
| 7.  -GE CAP Bk Retail CD (8/18) (Now called Goldman Sachs Bank) | A | Interest | K | T | | | | | |
| 8.  -Barclays Bank DEL CD (8/19) | A | Interest | L | T | | | | | See note, Part VIII |
| 9.  -Guggenheim S&P 500 Equal Weig HC ETF:RYH | A | Dividend | J | T | | | | | |
| 10.  -IShares U S Real Estate ETF (IYR) | A | Dividend | J | T | | | | | |
| 11.  -PIMCO Foreign Inst SHS PFORX | A | Dividend | J | T | | | | | |
| 12.  -PIMCO Inv Gr Corp Bond Instl (PIGIX) | A | Dividend | J | T | | | | | |
| 13.  -Synchrony Bank Retail CD 7/24/17 | A | Interest | | | Matured | 07/24/17 | J | A | |
| 14.  -Vanguard Sector Ind FDS ETF (VIS) | A | Dividend | J | T | | | | | |
| 15.  -Vanguard Health Care ETF: VHT | A | Dividend | J | T | | | | | |
| 16.  SCHWAB CONTR IRA 580 | | | | | | | | | |
| 17.  -Ch Schwab US REIT ETF (SCHH) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 01/13/17 | J | | |
| 19. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 02/14/17 | J | | |
| 20. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 03/14/17 | J | | |
| 21. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 04/13/17 | J | | |
| 22. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 05/15/17 | J | | |
| 23. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 06/13/17 | J | | |
| 24. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 07/13/17 | J | | |
| 25. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 08/08/17 | J | | |
| 26. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 09/08/17 | J | | |
| 27. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 10/10/17 | J | | |
| 28. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 11/08/17 | J | | |
| 29. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 11/27/17 | J | | |
| 30. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 12/08/17 | J | | |
| 31. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 12/26/17 | J | | |
| 32. -Schwab Emerging Mkts Equity ETF (SCHE) | A | Dividend | J | T | | | | | |
| 33. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 01/13/17 | J | | |
| 34. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 02/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 03/14/17 | J | | |
| 36. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 04/13/17 | J | | |
| 37. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 05/15/17 | J | | |
| 38. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 06/13/17 | J | | |
| 39. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 07/13/17 | J | | |
| 40. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 08/08/17 | J | | |
| 41. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 09/08/17 | J | | |
| 42. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 10/10/17 | J | | |
| 43. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 11/08/17 | J | | |
| 44. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 11/27/17 | J | | |
| 45. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 12/08/17 | J | | |
| 46. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 12/26/17 | J | | |
| 47. -Schwab Funda EMG Mktts Large ETF IV (FNDE) | A | Dividend | J | T | | | | | |
| 48. -Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 01/13/17 | J | | |
| 49. -Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 02/14/17 | J | | |
| 50. -Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 03/14/17 | J | | |
| 51. -Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 04/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 05/15/17 | J | | |
| 53. -Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 06/13/17 | J | | |
| 54. -Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 07/13/17 | J | | |
| 55. -Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 08/08/17 | J | | |
| 56. -Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 09/08/17 | J | | |
| 57. -Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 10/10/17 | J | | |
| 58. -Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 11/08/17 | J | | |
| 59. -Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 11/27/17 | J | | |
| 60. -Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 12/08/17 | J | | |
| 61. -Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 12/26/17 | J | | |
| 62. -Schwab Fundamental INL Large COM ETF (FNDF) | A | Dividend | J | T | | | | | |
| 63. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 01/13/17 | J | | |
| 64. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 02/14/17 | J | | |
| 65. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 03/14/17 | J | | |
| 66. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 04/13/17 | J | | |
| 67. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 05/15/17 | J | | |
| 68. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 06/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Baverman, Alan J. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 07/13/17 | J | | |
| 70. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 08/08/17 | J | | |
| 71. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 09/08/17 | J | | |
| 72. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 10/10/17 | J | | |
| 73. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 11/08/17 | J | | |
| 74. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 11/27/17 | J | | |
| 75. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 12/08/17 | J | | |
| 76. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 12/26/17 | J | | |
| 77. -Schwab Fundamental INtl smal COM ETF (FNDC) | A | Dividend | J | T | | | | | |
| 78. -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 01/13/17 | J | | |
| 79. -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 02/14/17 | J | | |
| 80. -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 03/14/17 | J | | |
| 81. -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 05/15/17 | J | | |
| 82. -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 06/13/17 | J | | |
| 83. -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 07/13/17 | J | | |
| 84. -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 08/08/17 | J | | |
| 85. -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 09/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 10/10/17 | J | | |
| 87. -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 11/08/17 | J | | |
| 88. -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 11/27/17 | J | | |
| 89. -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 12/08/17 | J | | |
| 90. -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 12/26/17 | J | | |
| 91. -Schwab Fundamental US Large ETF IV (FNDX) | A | Dividend | K | T | | | | | |
| 92. -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 01/13/17 | J | | |
| 93. -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 02/14/17 | J | | |
| 94. -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 03/14/17 | J | | |
| 95. -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 04/13/17 | J | | |
| 96. -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 05/15/17 | J | | |
| 97. -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 06/13/17 | J | | |
| 98. -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 07/13/17 | J | | |
| 99. -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 08/08/17 | J | | |
| 100. -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 09/08/17 | J | | |
| 101. -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 10/10/17 | J | | |
| 102. -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 11/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 11/27/17 | J | | |
| 104. -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 12/08/17 | J | | |
| 105. -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 12/26/17 | J | | |
| 106. -Schwab Fundamental US Small Com ETF (FNDA) | A | Dividend | J | T | | | | | |
| 107. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 01/13/17 | J | | |
| 108. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 02/14/17 | J | | |
| 109. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 03/14/17 | J | | |
| 110. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 04/13/17 | J | | |
| 111. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 05/15/17 | J | | |
| 112. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 06/13/17 | J | | |
| 113. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 07/13/17 | J | | |
| 114. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 08/08/17 | J | | |
| 115. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 09/08/17 | J | | |
| 116. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 10/10/17 | J | | |
| 117. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 11/08/17 | J | | |
| 118. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 11/27/17 | J | | |
| 119. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 12/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 12/26/17 | J | | |
| 121.  -Schwab Int'l Equity ETF (SCHF) | A | Dividend | J | T | | | | | |
| 122.  -Schwab Int'l Equity ETF (SCHF) | A | Dividend | J | T | Buy (add'l) | 01/13/17 | J | | |
| 123.  -Schwab Int'l Equity ETF (SCHF) | A | Dividend | J | T | Buy (add'l) | 02/14/17 | J | | |
| 124.  -Schwab Int'l Equity ETF (SCHF) | A | Dividend | J | T | Buy (add'l) | 03/14/17 | J | | |
| 125.  -Schwab Int'l Equity ETF (SCHF) | A | Dividend | J | T | Buy (add'l) | 04/13/17 | J | | |
| 126.  -Schwab Int'l Equity ETF (SCHF) | A | Dividend | J | T | Buy (add'l) | 05/15/17 | J | | |
| 127.  -Schwab Int'l Equity ETF (SCHF) | A | Dividend | J | T | Buy (add'l) | 06/13/17 | J | | |
| 128.  -Schwab Int'l Equity ETF (SCHF) | A | Dividend | J | T | Buy (add'l) | 07/13/17 | J | | |
| 129.  -Schwab Int'l Equity ETF (SCHF) | A | Dividend | J | T | Buy (add'l) | 08/08/17 | J | | |
| 130.  -Schwab Int'l Equity ETF (SCHF) | A | Dividend | J | T | Buy (add'l) | 09/08/17 | J | | |
| 131.  -Schwab Int'l Equity ETF (SCHF) | A | Dividend | J | T | Buy (add'l) | 10/10/17 | J | | |
| 132.  -Schwab Int'l Equity ETF (SCHF) | A | Dividend | J | T | Buy (add'l) | 11/08/17 | J | | |
| 133.  -Schwab Int'l Equity ETF (SCHF) | A | Dividend | J | T | Buy (add'l) | 11/27/17 | J | | |
| 134.  -Schwab Int'l Equity ETF (SCHF) | A | Dividend | J | T | Buy (add'l) | 12/08/17 | J | | |
| 135.  -Schwab Int'l Equity ETF (SCHF) | A | Dividend | J | T | Buy (add'l) | 12/26/17 | J | | |
| 136.  -Schwab Int'l Small Cap Eqy ETF (SCHC) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 01/13/17 | J | | |
| 138. -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 02/14/17 | J | | |
| 139. -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 03/14/17 | J | | |
| 140. -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 04/13/17 | J | | |
| 141. -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 05/15/17 | J | | |
| 142. -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 06/13/17 | J | | |
| 143. -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 07/13/17 | J | | |
| 144. -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 08/08/17 | J | | |
| 145. -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 09/08/17 | J | | |
| 146. -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 10/10/17 | J | | |
| 147. -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 11/08/17 | J | | |
| 148. -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 11/26/17 | J | | |
| 149. -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 12/08/17 | J | | |
| 150. -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 12/26/17 | J | | |
| 151. -Schwab US Large CAP ETF (SCHX) | A | Dividend | J | T | | | | | |
| 152. -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 01/13/17 | J | | |
| 153. -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 02/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 03/14/17 | J | | |
| 155. -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 04/13/17 | J | | |
| 156. -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 05/15/17 | J | | |
| 157. -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 06/13/17 | J | | |
| 158. -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 07/13/17 | J | | |
| 159. -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 08/08/17 | J | | |
| 160. -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 09/08/17 | J | | |
| 161. -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 10/10/17 | J | | |
| 162. -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 11/10/17 | J | | |
| 163. -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 11/27/17 | J | | |
| 164. -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 12/08/17 | J | | |
| 165. -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 12/26/17 | J | | |
| 166. -Schwab US Small CAP ETF (SCHA) | A | Dividend | J | T | | | | | |
| 167. -Schwab US Small CAP ETF (SCHA) | | | | | Buy (add'l) | 01/13/17 | J | | |
| 168. -Schwab US Small CAP ETF (SCHA) | | | | | Buy (add'l) | 02/14/17 | J | | |
| 169. -Schwab US Small CAP ETF (SCHA) | | | | | Buy (add'l) | 03/14/17 | J | | |
| 170. -Schwab US Small CAP ETF (SCHA) | | | | | Buy (add'l) | 04/13/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Schwab US Small CAP ETF (SCHA) | | | | | Buy (add'l) | 05/15/17 | J | | |
| 172. -Schwab US Small CAP ETF (SCHA) | | | | | Buy (add'l) | 06/13/17 | J | | |
| 173. -Schwab US Small CAP ETF (SCHA) | | | | | Buy (add'l) | 07/13/17 | J | | |
| 174. -Schwab US Small CAP ETF (SCHA) | | | | | Buy (add'l) | 08/08/17 | J | | |
| 175. -Schwab US Small CAP ETF (SCHA) | | | | | Buy (add'l) | 09/08/17 | J | | |
| 176. -Schwab US Small CAP ETF (SCHA) | | | | | Buy (add'l) | 10/10/17 | J | | |
| 177. -Schwab US Small CAP ETF (SCHA) | | | | | Buy (add'l) | 11/08/17 | J | | |
| 178. -Schwab US Small CAP ETF (SCHA) | | | | | Buy (add'l) | 11/27/17 | J | | |
| 179. -Schwab US Small CAP ETF (SCHA) | | | | | Buy (add'l) | 11/08/17 | J | | |
| 180. -Schwab US Small CAP ETF (SCHA) | | | | | Buy (add'l) | 12/26/17 | J | | |
| 181. -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | A | Dividend | J | T | | | | | |
| 182. -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | | | | | Buy (add'l) | 01/13/17 | J | | |
| 183. -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | | | | | Buy (add'l) | 02/14/17 | J | | |
| 184. -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | | | | | Buy (add'l) | 03/14/17 | J | | |
| 185. -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | | | | | Buy (add'l) | 04/13/17 | J | | |
| 186. -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | | | | | Buy (add'l) | 05/15/17 | J | | |
| 187. -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | | | | | Buy (add'l) | 06/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | | | | | Buy (add'l) | 07/13/17 | J | | |
| 189. -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | | | | | Buy (add'l) | 08/08/17 | J | | |
| 190. -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | | | | | Buy (add'l) | 09/08/17 | J | | |
| 191. -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | | | | | Buy (add'l) | 10/10/17 | J | | |
| 192. -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | | | | | Buy (add'l) | 11/08/17 | J | | |
| 193. -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | | | | | Buy (add'l) | 11/27/17 | J | | |
| 194. -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | | | | | Buy (add'l) | 12/08/17 | J | | |
| 195. -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | | | | | Buy (add'l) | 12/26/17 | J | | |
| 196. SCHWAB IRA CONTRIB 359 | | | | | | | | | |
| 197. -Deposit Account | A | Interest | M | T | | | | | |
| 198. -Israel ST $8D JUB 05/19 | A | Interest | K | T | | | | | |
| 199. -PIMCO Foreign Inst SHS (PFORX) | A | Dividend | | | Closed | 03/16/17 | J | | tferred to Schwab 995 |
| 200. -PIMCO Inv Gr Corp Bond Instl (PIGIX) | A | Dividend | | | Closed | 03/16/17 | J | | tferred to Schwab 995 |
| 201. -Vanguard Sector Index FDS Vanguard Utils Viper | A | Dividend | K | T | | | | | |
| 202. SCHWAB IRA CONTRIB 995 | | | | | Open | 03/17/17 | | | |
| 203. -Total Schwab Bank Savings Sweep | A | Interest | J | T | Open | 03/17/17 | J | | |
| 204. -PIMCO Foreign Inst SHS (PFORX) | A | Dividend | | | Open | 03/17/17 | J | | tferred fm Schwab 359 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -PIMCO Foreign Inst SHS (PFORX) | | | | | Sold | 03/17/17 | J | A | |
| 206. -PIMCO Inv Gr Corp Bond Instl (PIGIX) | A | Dividend | | | Open | 03/17/17 | J | | tferred fm Schwab 359 |
| 207. -PIMCO Inv Gr Corp Bond Instl (PIGIX) | | | | | Sold | 03/17/17 | J | A | |
| 208. -Ch Schwab US REIT ETF (SCHH) | A | Dividend | J | T | Buy | 03/17/17 | J | | |
| 209. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 03/21/17 | J | | |
| 210. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 04/04/17 | J | | |
| 211. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 05/02/17 | J | | |
| 212. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 06/02/17 | J | | |
| 213. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 07/05/17 | J | | |
| 214. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 08/02/17 | J | | |
| 215. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 12/20/17 | J | | |
| 216. -Global X MLP ETF: MLPA | A | Dividend | J | T | Buy | 03/17/17 | J | | |
| 217. -Global X MLP ETF: MLPA | | | | | Buy (add'l) | 03/21/17 | J | | |
| 218. -Global X MLP ETF: MLPA | | | | | Buy (add'l) | 04/04/17 | J | | |
| 219. -Global X MLP ETF: MLPA | | | | | Buy (add'l) | 05/02/17 | J | | |
| 220. -Global X MLP ETF: MLPA | | | | | Buy (add'l) | 06/02/17 | J | | |
| 221. -Global X MLP ETF: MLPA | | | | | Buy (add'l) | 06/29/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Global X MLP ETF: MLPA | | | | | Buy (add'l) | 07/05/17 | J | | |
| 223. -Global X MLP ETF: MLPA | | | | | Buy (add'l) | 08/02/17 | J | | |
| 224. -Global X MLP ETF: MLPA | | | | | Buy (add'l) | 11/15/17 | J | | |
| 225. -IShares High Yield Corp Bond ETF: SHYG | A | Dividend | J | T | Buy | 03/17/17 | J | | |
| 226. -IShares High Yield Corp Bond ETF: SHYG | | | | | Buy (add'l) | 03/21/17 | J | | |
| 227. -IShares High Yield Corp Bond ETF: SHYG | | | | | Buy (add'l) | 04/04/17 | J | | |
| 228. -IShares High Yield Corp Bond ETF: SHYG | | | | | Buy (add'l) | 05/02/17 | J | | |
| 229. -IShares High Yield Corp Bond ETF: SHYG | | | | | Buy (add'l) | 06/02/17 | J | | |
| 230. -IShares High Yield Corp Bond ETF: SHYG | | | | | Buy (add'l) | 07/05/17 | J | | |
| 231. -IShares High Yield Corp Bond ETF: SHYG | | | | | Buy (add'l) | 08/02/17 | J | | |
| 232. -Powershares Senior Loan ETF: BKLN | A | Dividend | J | T | Buy | 03/17/17 | J | | |
| 233. -Powershares Senior Loan ETF: BKLN | | | | | Buy (add'l) | 03/21/17 | J | | |
| 234. -Powershares Senior Loan ETF: BKLN | | | | | Buy (add'l) | 04/04/17 | J | | |
| 235. -Powershares Senior Loan ETF: BKLN | | | | | Buy (add'l) | 05/02/17 | J | | |
| 236. -Powershares Senior Loan ETF: BKLN | | | | | Buy (add'l) | 06/02/17 | J | | |
| 237. -Powershares Senior Loan ETF: BKLN | | | | | Buy (add'l) | 06/29/17 | J | | |
| 238. -Powershares Senior Loan ETF: BKLN | | | | | Buy (add'l) | 07/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Powershares Senior Loan ETF: BKLN | | | | | Buy (add'l) | 08/02/17 | J | | |
| 240. -Powershares Senior Loan ETF: BKLN | | | | | Buy (add'l) | 12/20/17 | J | | |
| 241. -Schwab Intermediate Term US TRS ETF: SCHR | A | Dividend | J | T | Buy | 03/17/17 | J | | |
| 242. -Schwab Intermediate Term US TRS ETF: SCHR | | | | | Buy (add'l) | 03/21/17 | J | | |
| 243. -Schwab Intermediate Term US TRS ETF: SCHR | | | | | Buy (add'l) | 04/04/17 | J | | |
| 244. -Schwab Intermediate Term US TRS ETF: SCHR | | | | | Buy (add'l) | 05/02/17 | J | | |
| 245. -Schwab Intermediate Term US TRS ETF: SCHR | | | | | Buy (add'l) | 06/02/17 | J | | |
| 246. -Schwab Intermediate Term US TRS ETF: SCHR | | | | | Buy (add'l) | 07/05/17 | J | | |
| 247. -Schwab Intermediate Term US TRS ETF: SCHR | | | | | Buy (add'l) | 08/02/17 | J | | |
| 248. -Schwab US Dividend Equity ETF: SCHD | A | Dividend | K | T | Buy | 03/17/17 | J | | |
| 249. -Schwab US Dividend Equity ETF: SCHD | | | | | Buy (add'l) | 03/21/17 | J | | |
| 250. -Schwab US Dividend Equity ETF: SCHD | | | | | Buy (add'l) | 04/04/17 | J | | |
| 251. -Schwab US Dividend Equity ETF: SCHD | | | | | Buy (add'l) | 05/02/17 | J | | |
| 252. -Schwab US Dividend Equity ETF: SCHD | | | | | Buy (add'l) | 06/02/17 | J | | |
| 253. -Schwab US Dividend Equity ETF: SCHD | | | | | Buy (add'l) | 06/29/17 | J | | |
| 254. -Schwab US Dividend Equity ETF: SCHD | | | | | Buy (add'l) | 07/05/17 | J | | |
| 255. -Schwab US Dividend Equity ETF: SCHD | | | | | Buy (add'l) | 08/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Schwab US Dividend Equity ETF: SCHD | | | | | Buy (add'l) | 12/20/17 | J | | |
| 257. -Schwab US Dividend Equity ETF: SCHD | | | | | Sold (part) | 12/20/17 | J | A | |
| 258. -Schwab US TIPS ETF: SCHP | A | Dividend | J | T | Buy | 03/17/17 | J | | |
| 259. -Schwab US TIPS ETF: SCHP | | | | | Buy (add'l) | 03/21/17 | J | | |
| 260. -Schwab US TIPS ETF: SCHP | | | | | Buy (add'l) | 04/04/17 | J | | |
| 261. -Schwab US TIPS ETF: SCHP | | | | | Buy (add'l) | 05/02/17 | J | | |
| 262. -Schwab US TIPS ETF: SCHP | | | | | Buy (add'l) | 06/02/17 | J | | |
| 263. -Schwab US TIPS ETF: SCHP | | | | | Buy (add'l) | 07/05/17 | J | | |
| 264. -Schwab US TIPS ETF: SCHP | | | | | Buy (add'l) | 08/02/17 | J | | |
| 265. -Schwab US TIPS ETF: SCHP | | | | | Buy (add'l) | 12/20/17 | J | | |
| 266. -SPDR BLMBRG BRCLY Intermdt TRM ETF: ITR (as of 12/20: SPIB) | A | Dividend | J | T | Buy | 03/17/17 | J | | |
| 267. -SPDR BLMBRG BRCLY Intermdt TRM ETF: ITR | | | | | Buy (add'l) | 03/21/17 | J | | |
| 268. -SPDR BLMBRG BRCLY Intermdt TRM ETF: ITR | | | | | Buy (add'l) | 04/04/17 | J | | |
| 269. -SPDR BLMBRG BRCLY Intermdt TRM ETF: ITR | | | | | Buy (add'l) | 05/02/17 | J | | |
| 270. -SPDR BLMBRG BRCLY Intermdt TRM ETF: ITR | | | | | Buy (add'l) | 06/02/17 | J | | |
| 271. -SPDR BLMBRG BRCLY Intermdt TRM ETF: ITR | | | | | Buy (add'l) | 07/05/17 | J | | |
| 272. -SPDR BLMBRG BRCLY Intermdt TRM ETF: ITR | | | | | Buy (add'l) | 08/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -SPDR Intermediate TRM CRPRATE BND ETF:SPIB | | | | | Buy (add'l) | 12/20/17 | J | | |
| 274. -SPDR BLMBRG BRCLY EMG MKT LCL ETF: EBND | A | Dividend | J | T | Buy | 11/15/17 | J | | |
| 275. -SPDR BLMBRG BRCLY EMG MKT LCL ETF: EBND | | | | | Buy (add'l) | 12/20/17 | J | | |
| 276. -SPDR S&P Int'l Dividend ETF: DWX | A | Dividend | J | T | Buy | 03/17/17 | J | | |
| 277. -SPDR S&P Int'l Dividend ETF: DWX | | | | | Buy (add'l) | 03/21/17 | J | | |
| 278. -SPDR S&P Int'l Dividend ETF: DWX | | | | | Buy (add'l) | 04/04/17 | J | | |
| 279. -SPDR S&P Int'l Dividend ETF: DWX | | | | | Buy (add'l) | 05/02/17 | J | | |
| 280. -SPDR S&P Int'l Dividend ETF: DWX | | | | | Buy (add'l) | 06/02/17 | J | | |
| 281. -SPDR S&P Int'l Dividend ETF: DWX | | | | | Buy (add'l) | 06/29/17 | J | | |
| 282. -SPDR S&P Int'l Dividend ETF: DWX | | | | | Buy (add'l) | 07/05/17 | J | | |
| 283. -SPDR S&P Int'l Dividend ETF: DWX | | | | | Buy (add'l) | 08/02/17 | J | | |
| 284. -SPDR Wells Fargo Preferred Stock ETF: PSK | A | Dividend | J | T | Buy | 03/17/17 | J | | |
| 285. -SPDR Wells Fargo Preferred Stock ETF: PSK | | | | | Buy (add'l) | 03/21/17 | J | | |
| 286. -SPDR Wells Fargo Preferred Stock ETF: PSK | | | | | Buy (add'l) | 04/04/17 | J | | |
| 287. -SPDR Wells Fargo Preferred Stock ETF: PSK | | | | | Buy (add'l) | 05/02/17 | J | | |
| 288. -SPDR Wells Fargo Preferred Stock ETF: PSK | | | | | Buy (add'l) | 06/02/17 | J | | |
| 289. -SPDR Wells Fargo Preferred Stock ETF: PSK | | | | | Buy (add'l) | 07/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -SPDR Wells Fargo Preferred Stock ETF: PSK | | | | | Buy (add'l) | 08/02/17 | J | | |
| 291. -SPDR Wells Fargo Preferred Stock ETF: PSK | | | | | Buy (add'l) | 12/20/17 | J | | |
| 292. -Vaneck Vectors J P Margan Emerging Mkkts LOC: EMLC | A | Dividend | J | T | Buy | 03/17/17 | J | | |
| 293. -Vaneck Vectors J P Margan Emerging Mkkts LOC: EMLC | | | | | Buy (add'l) | 03/21/17 | J | | |
| 294. -Vaneck Vectors J P Margan Emerging Mkkts LOC: EMLC | | | | | Buy (add'l) | 04/04/17 | J | | |
| 295. -Vaneck Vectors J P Margan Emerging Mkkts LOC: EMLC | | | | | Buy (add'l) | 05/02/17 | J | | |
| 296. -Vaneck Vectors J P Margan Emerging Mkkts LOC: EMLC | | | | | Buy (add'l) | 06/02/17 | J | | |
| 297. -Vaneck Vectors J P Margan Emerging Mkkts LOC: EMLC | | | | | Buy (add'l) | 07/05/17 | J | | |
| 298. -Vaneck Vectors J P Margan Emerging Mkkts LOC: EMLC | | | | | Buy (add'l) | 08/02/17 | J | | |
| 299. -Vanguard GLBAL EX US RE ETF: VNQI | A | Dividend | J | T | Buy | 03/17/17 | J | | |
| 300. -Vanguard GLBAL EX US RE ETF: VNQI | | | | | Buy (add'l) | 04/04/17 | J | | |
| 301. -Vanguard GLBAL EX US RE ETF: VNQI | | | | | Buy (add'l) | 05/02/17 | J | | |
| 302. -Vanguard GLBAL EX US RE ETF: VNQI | | | | | Buy (add'l) | 06/29/17 | J | | |
| 303. -Vanguard GLBAL EX US RE ETF: VNQI | | | | | Buy (add'l) | 08/02/17 | J | | |
| 304. -Vanguard Mtge Backed SEC ETF: VMBS | A | Dividend | J | T | Buy | 03/17/17 | J | | |
| 305. -Vanguard Mtge Backed SEC ETF: VMBS | | | | | Buy (add'l) | 03/21/17 | J | | |
| 306. -Vanguard Mtge Backed SEC ETF: VMBS | | | | | Buy (add'l) | 04/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Vanguard Mtge Backed SEC ETF: VMBS | | | | | Buy (add'l) | 05/02/17 | J | | |
| 308. -Vanguard Mtge Backed SEC ETF: VMBS | | | | | Buy (add'l) | 06/02/17 | J | | |
| 309. -Vanguard Mtge Backed SEC ETF: VMBS | | | | | Buy (add'l) | 07/05/17 | J | | |
| 310. -Vanguard Mtge Backed SEC ETF: VMBS | | | | | Buy (add'l) | 08/02/17 | J | | |
| 311. -Vanguard Mtge Backed SEC ETF: VMBS | | | | | Buy (add'l) | 12/20/17 | J | | |
| 312. -Vanguard Total Int'l Bnd ETF: BNDX | A | Dividend | J | T | Buy | 03/17/17 | J | | |
| 313. -Vanguard Total Int'l Bnd ETF: BNDX | | | | | Buy (add'l) | 03/21/17 | J | | |
| 314. -Vanguard Total Int'l Bnd ETF: BNDX | | | | | Buy (add'l) | 04/04/17 | J | | |
| 315. -Vanguard Total Int'l Bnd ETF: BNDX | | | | | Buy (add'l) | 05/02/17 | J | | |
| 316. -Vanguard Total Int'l Bnd ETF: BNDX | | | | | Buy (add'l) | 06/02/17 | J | | |
| 317. -Vanguard Total Int'l Bnd ETF: BNDX | | | | | Buy (add'l) | 07/05/17 | J | | |
| 318. -Vanguard Total Int'l Bnd ETF: BNDX | | | | | Buy (add'l) | 08/02/17 | J | | |
| 319. -Vanguard Total Int'l Bnd ETF: BNDX | | | | | Buy (add'l) | 12/20/17 | J | | |
| 320. -Vanguard Int'l HGH DIV YLD ETF: VYMI | A | Dividend | J | T | Buy | 11/15/17 | J | | |
| 321. -XTRACKERS USD HIGH YLD COR BND ETF: HYLB | A | Dividend | J | T | Buy | 11/15/17 | J | | |
| 322. -XTRACKERS USD HIGH YLD COR BND ETF: HYLB | | | | | Buy (add'l) | 12/20/17 | J | | |
| 323. SCHWAB CONTRIB IRA 931 | | | | | Open | 08/22/17 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Total Schwab Bank Savings Sweep | A | Interest | J | T | Open | 08/22/17 | J | | |
| 325. -Charles Schwab US REIT ETF (SCHH) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 326. -Charles Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 08/31/17 | J | | |
| 327. -Charles Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 10/16/17 | J | | |
| 328. -Charles Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 10/20/17 | J | | |
| 329. -Charles Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 10/26/17 | J | | |
| 330. -Charles Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 11/14/17 | J | | |
| 331. -Charles Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 11/28/17 | J | | |
| 332. -Charles Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 12/14/17 | J | | |
| 333. -Charles Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 12/26/17 | J | | |
| 334. -Charles Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 12/29/17 | J | | |
| 335. -Schwab Emerging Mkts Equity ETF (SCHE) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 336. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 08/31/17 | J | | |
| 337. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 10/16/17 | J | | |
| 338. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 10/23/17 | J | | |
| 339. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 10/26/17 | J | | |
| 340. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 11/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 11/28/17 | J | | |
| 342. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 11/29/17 | J | | |
| 343. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 12/14/17 | J | | |
| 344. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 12/29/17 | J | | |
| 345. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 346. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 08/31/17 | J | | |
| 347. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 09/25/17 | J | | |
| 348. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 10/16/17 | J | | |
| 349. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 10/17/17 | J | | |
| 350. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 10/26/17 | J | | |
| 351. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 11/14/17 | J | | |
| 352. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 11/28/17 | J | | |
| 353. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 12/06/17 | J | | |
| 354. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 12/14/17 | J | | |
| 355. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 12/27/17 | J | | |
| 356. -Schwab Fundamental Intl Large Com ETF (FNDF) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 357. -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 08/31/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 10/06/17 | J | | |
| 359. -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 10/16/17 | J | | |
| 360. -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 10/26/17 | J | | |
| 361. -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 11/28/17 | J | | |
| 362. -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 12/14/17 | J | | |
| 363. -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 12/15/17 | J | | |
| 364. -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 12/18/17 | J | | |
| 365. -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 12/26/17 | J | | |
| 366. -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 12/27/17 | J | | |
| 367. -Schwab Fundamental Intl Small Com ETF (FNDC) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 368. -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 08/31/17 | J | | |
| 369. -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 10/16/17 | J | | |
| 370. -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 10/26/17 | J | | |
| 371. -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 11/14/17 | J | | |
| 372. -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 11/28/17 | J | | |
| 373. -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 12/14/17 | J | | |
| 374. -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 12/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 12/27/17 | J | | |
| 376. -Schwab Fundamental US Large Co ETF (FNDX) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 377. -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 08/31/17 | J | | |
| 378. -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 10/16/17 | J | | |
| 379. -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 10/26/17 | J | | |
| 380. -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 10/27/17 | J | | |
| 381. -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 11/14/17 | J | | |
| 382. -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 11/28/17 | J | | |
| 383. -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 12/14/17 | J | | |
| 384. -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 12/27/17 | J | | |
| 385. -Schwab Fundamental US Small Com ETF (FNDA) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 386. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 08/31/17 | J | | |
| 387. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 10/16/17 | J | | |
| 388. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 10/26/17 | J | | |
| 389. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 11/08/17 | J | | |
| 390. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 11/14/17 | J | | |
| 391. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 11/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 12/14/17 | J | | |
| 393. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 12/27/17 | J | | |
| 394. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 12/28/17 | J | | |
| 395. -Schwab Intl Equity ETF (SCHF) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 396. -Schwab Intl Equity ETF (SCHF) | | | | | Buy (add'l) | 08/31/17 | J | | |
| 397. -Schwab Intl Equity ETF (SCHF) | | | | | Buy (add'l) | 10/16/17 | J | | |
| 398. -Schwab Intl Equity ETF (SCHF) | | | | | Buy (add'l) | 10/26/17 | J | | |
| 399. -Schwab Intl Equity ETF (SCHF) | | | | | Buy (add'l) | 11/14/17 | J | | |
| 400. -Schwab Intl Equity ETF (SCHF) | | | | | Buy (add'l) | 11/28/17 | J | | |
| 401. -Schwab Intl Equity ETF (SCHF) | | | | | Buy (add'l) | 12/14/17 | J | | |
| 402. -Schwab Intl Equity ETF (SCHF) | | | | | Buy (add'l) | 12/26/17 | J | | |
| 403. -Schwab Intl Equity ETF (SCHF) | | | | | Buy (add'l) | 12/27/17 | J | | |
| 404. -Schwab Intl Small Cap Eqy ETF (SCHC) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 405. -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 10/16/17 | J | | |
| 406. -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 10/26/17 | J | | |
| 407. -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 11/14/17 | J | | |
| 408. -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 11/28/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 12/14/17 | J | | |
| 410.  -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 12/18/17 | J | | |
| 411.  -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 12/27/17 | J | | |
| 412.  -Schwab US Large Cap ETF (SCHX) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 413.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy (add'l) | 08/31/17 | J | | |
| 414.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy (add'l) | 10/16/17 | J | | |
| 415.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy (add'l) | 10/26/17 | J | | |
| 416.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy (add'l) | 11/14/17 | J | | |
| 417.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy (add'l) | 11/28/17 | J | | |
| 418.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy (add'l) | 12/14/17 | J | | |
| 419.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy (add'l) | 12/26/17 | J | | |
| 420.  -Schwab US Small Cap ETF (SCHA) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 421.  -Schwab US Small Cap ETF (SCHA) | | | | | Buy (add'l) | 08/31/17 | J | | |
| 422.  -Schwab US Small Cap ETF (SCHA) | | | | | Buy (add'l) | 10/16/17 | J | | |
| 423.  -Schwab US Small Cap ETF (SCHA) | | | | | Buy (add'l) | 10/26/17 | J | | |
| 424.  -Schwab US Small Cap ETF (SCHA) | | | | | Buy (add'l) | 11/14/17 | J | | |
| 425.  -Schwab US Small Cap ETF (SCHA) | | | | | Buy (add'l) | 11/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. -Schwab US Small Cap ETF (SCHA) | | | | | Buy (add'l) | 12/14/17 | J | | |
| 427. -Schwab US Small Cap ETF (SCHA) | | | | | Buy (add'l) | 12/12/17 | J | | |
| 428. -Vanguard Glbal Ex US Real Est ETF IV (VNQI) | A | Dividend | J | T | Buy | 08/24/17 | J | | |
| 429. -Vanguard Glbal Ex US Real Est ETF IV (VNQI) | | | | | Buy (add'l) | 10/16/17 | J | | |
| 430. -Vanguard Glbal Ex US Real Est ETF IV (VNQI) | | | | | Buy (add'l) | 11/14/17 | J | | |
| 431. -Vanguard Glbal Ex US Real Est ETF IV (VNQI) | | | | | Buy (add'l) | 11/29/17 | J | | |
| 432. -Vanguard Glbal Ex US Real Est ETF IV (VNQI) | | | | | Buy (add'l) | 12/26/17 | J | | |
| 433. RENTAL PROPERTY | | | | | | | | | |
| 434. -# 1 ▓▓▓▓. (2017 Assessment: $272,500) | E | Rent | N | S | | | | | |
| 435. -#2 ▓▓▓▓. (2017 Assessment: $152,040) | D | Rent | M | S | | | | | |
| 436. FAMILY S CORPORATION (F1) | C | Distribution | N | T | | | | | |
| 437. -AMERICAN FUNDS | | | | | | | | | |
| 438. --AF U.S Govt Money Market-A (AFAXX) | A | Dividend | M | T | Open | 01/02/17 | J | | |
| 439. --American High-Income Muni Bond Fund1A (AMHIX) | C | Dividend | M | T | Open | 05/18/17 | M | | tfr from AWSHX |
| 440. --American Funds Fundamental Investors-Class A (FI-A) (Now ANCFX) | A | Dividend | K | T | | | | | |
| 441. --American Funds WaMu Investors Fund - Class A (WMIF-A) (now AWSHX) | B | Dividend | | | Distributed (part) | 05/18/17 | M | | transfer to AHIM-A |
| 442. --American Funds WaMu Investors Fund - Class A (WMIF-A) (now AWSHX) | | | | | Distributed (part) | 08/10/17 | M | | transfer to MMF-A |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 33

Name of Person Reporting

Baverman, Alan J.

Date of Report

10/04/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. --American Funds Money Market Fund-A (MMF-A) | A | Dividend | J | T | | | | | |
| 444. --American Funds New Economy Fund-A (NEF-A) (now ANEFX | A | Dividend | J | T | | | | | |
| 445. --American Funds Smallcap World Fund-A (SCWF-A) (now SMCWX) | A | Dividend | J | T | | | | | |
| 446. -Trust Bank Account (SunTrust) | B | Interest | K | T | | | | | |
| 447. BANK ACCOUNTS | | | | | | | | | |
| 448. -North Georgia Bank 1 | A | Interest | L | T | | | | | |
| 449. -North Georgia Bank 2 | A | Interest | J | T | | | | | |
| 450. -North Georgia Bank 3 | A | Interest | J | T | | | | | |
| 451. -North Georgia Bank 4 | A | Interest | L | T | | | | | |
| 452. -North Georgia Bank 5 | A | Interest | K | T | | | | | |
| 453. -SunTrust 1 | | | | | Closed | 02/05/17 | J | | |
| 454. -Chase 1 | A | Interest | J | T | | | | | |
| 455. -Chase II | A | Interest | J | T | | | | | |
| 456. -First Landmark | A | Interest | M | T | Open | 12/05/17 | M | | |
| 457. TRUST BROKERAGE ACCOUNT (E-Trade) | | | | | Closed | 01/10/17 | J | | see Part VIII, note 2 |
| 458. BELL & HOWELL RETIREMENT (II) SAVINGS PLAN NO. 3 (Fidelity) | | | | | Closed | 01/10/17 | J | | see Part VIII, note 3 |
| 459. SCHWAB INH IRA BENE 146 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. -Deposit account | A | Distribution | K | T | | | | | |
| 461. IRREVOCABLE TRUST | | | | | | | | | |
| 462. -TransAmerica Annuity (Fixed) | D | Distribution | L | T | | | | | |
| 463. - _____ Real Estate (2017 assessment: $257,700) | | None | N | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/04/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, Line 8.  I may have mistakenly noted in my 2016 Report that this CD was closed.  It does not mature until 8/19.

2. Part VII, Line 458:  No longer have signatory/trade authority

3. Part VII, Line 459: Adult daughter's account; no longer have signatory/trade authroity.

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/04/2018 |

**FINANCIAL DISCLOSURE REPORT**

Page 33 of 33

Name of Person Reporting

Baverman, Alan J.

Date of Report

10/04/2018

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan J. Baverman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544